Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA 90025
T : (323) 988-2400 ; F : (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DEBBIE KAVRAN

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBBIE KAVRAN, | ) Case No.: **2−09−CV−00429** |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED]** ORDER GRANTING |
| vs. | ) **REQUEST OF COUNSEL TO APPEAR** |
| | ) **AT STATUS CONFERENCE BY** |
| NELSON KENNARD, | ) **TELEPHONE** |
| | ) |
| Defendant. | ) **Date: April 1, 2010** |
| | ) **Time: 10:00 am** |
| | **Place: Courtroom 25** |

Permission is hereby granted for Ryan Lee, counsel of record for plaintiff Debbie Kavran, to participate by telephone in the status conference scheduled for April 1, 2010 at 10:00 a.m.  On or before March 29, 2010, Plaintiff shall contact the Courtroom Deputy, Casey Schultz, at (916) 930-4193 and provide a direct land-line telephone number at which counsel can be reached at the time of the status conference.

DATED:  March 23, 2010

_____/s/ Kendall J. Newman_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

- 1 -

[~~PROPOSED~~] ORDER