1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEBBIE KAVRAN,

11          Plaintiff,                          No. 2:09cv-00429 KJN

12      v.                                      ORDER

13   NELSON KENNARD,

14          Defendant.
                                         /
15

16          The parties have filed a stipulation to elect referral to the Voluntary Dispute

17   Resolution Program ("VDRP") pursuant to Local Rule 271.  (Dkt. No. 26.)  This action is referred

18   to the Voluntary Dispute Resolution Program ("VDRP"), and the Clerk of Court is directed to

19   serve a copy of this order on the court's VDRP coordinator.

20          IT IS SO ORDERED.

21   DATED:  April 6, 2010

22

23   _____
                                            KENDALL J. NEWMAN
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

                                         1