IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBBIE KAVRAN,

        Plaintiff,                    No. 2:09cv-00429 KJN

    v.

NELSON & KENNARD,

        Defendant.             <u>ORDER</u>
_____/

        On December 6, 2010, plaintiff's counsel filed a Notice of Settlement, which indicates that the parties have reached a settlement of this matter. (Dkt. No. 33.) Plaintiff anticipates that the settlement will be finalized within the next 30 days. Accordingly, IT IS HEREBY ORDERED that:

        1.    The parties shall file dispositive papers with this court no later than 45 days from the date of this order.

////

////

////

////

////

1

2. All previously scheduled dates in this case—including the final pretrial conference set for December 16, 2010, and the trial set to commence on January 24, 2011—are vacated.

IT IS SO ORDERED.

DATED: December 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE